Certificate Number: 17082-MSN-DE-040627623

Bankruptcy Case Number: 26-10443



17082-MSN-DE-040627623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2026, at 7:12 o'clock PM MST, LEMETIA D VASSAR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   February 16, 2026              By:     /s/Orsolya K Lazar

                                       Name:   Orsolya K Lazar

                                       Title:  Executive Director