Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION



005634   006628

GLOBAL LENDING SERVICES
PO BOX 311
WILLIAMSVILLE, NY 14231-0311

000163

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE



TEXAS DEPARTMENT OF MOTOR VEHICLES
16937234O

TxDMV

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 5N1DR2MN7JC670147 | 2018 | NISS | LL |

TITLE/DOCUMENT NUMBER: 16530444968131524
DATE TITLE ISSUED: 02/21/2023

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
|  |  | 4300 | SSJ8271 |

PREVIOUS OWNER: NISSAN OF MIDLAND MIDLAND TX

ODOMETER READING: 55418

OWNER:
LEMETIA DENE VASSAR
1711 W FRANCIS AVE APT #1201
MIDLAND, TX 79701

REMARK(S): ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN: 11/29/2022
1ST LIENHOLDER: GLOBAL LENDING SERVICES
PO BOX 311
WILLIAMSVILLE, NY 14231

1ST LIEN RELEASED ___ DATE
BY ___ AUTHORIZED AGENT

DATE OF LIEN: 
2ND LIENHOLDER:

2ND LIEN RELEASED ___ DATE
BY ___ AUTHORIZED AGENT

DATE OF LIEN:
3RD LIENHOLDER:

3RD LIEN RELEASED ___ DATE
BY ___ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS

RIGHTS OF SURVIVORSHIP AGREEMENT
WE THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS AGREEMENT THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S)

SIGNATURE ___ DATE
SIGNATURE ___ DATE
SIGNATURE ___ DATE

FORM 30 C REV 05/2016   DO NOT ACCEPT TITLE SHOWING ERASURE ALTERATION OR MUTILATION

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY**

169372340

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein and has been transferred to the following printed name and address

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked
☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage  WARNING  ODOMETER DISCREPANCY

► ODOMETER READING (No Tenths) _____

Date of Sale _____

Signature of Seller/Agent _____   Printed Name (same as signature) _____

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____   Printed Name (same as signature) _____

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein and has been transferred to the following printed name and address

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked
☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage  WARNING  ODOMETER DISCREPANCY

► ODOMETER READING (No Tenths) _____

Date of Sale _____    Dealer No _____

Dealer's Name _____

Agent's Signature _____   Printed Name (same as signature) _____

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____   Printed Name (same as signature) _____

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein and has been transferred to the following printed name and address

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked
☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage  WARNING  ODOMETER DISCREPANCY

► ODOMETER READING (No Tenths) _____

Date of Sale _____    Dealer No _____

Dealer's Name _____

Agent's Signature _____   Printed Name (same as signature) _____

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____   Printed Name (same as signature) _____

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein and has been transferred to the following printed name and address

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked
☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage  WARNING  ODOMETER DISCREPANCY

► ODOMETER READING (No Tenths) _____

Date of Sale _____    Dealer No _____

Dealer's Name _____

Agent's Signature _____   Printed Name (same as signature) _____

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____   Printed Name (same as signature) _____

**LIEN** LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____