**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**Lemetia Dene Vassar,**                                                                                    **CHAPTER 7**
      **Debtor**                                                                                 **CASE NO.: 26-10443-SDM**

### ORDER LIFTING AUTOMATIC STAY, ABANDONING PROPERTY AND OTHER RELIEF [Dkt. #_____]

**CAME BEFORE THIS COURT** on the motion of Global Lending Services LLC ("Movant") for relief from the automatic stay, for abandonment and for other relief, the Debtor having failed to respond and the Court hereby finds that the motion should be granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that the motion is granted as stated herein, that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property: 2018 NISSAN PATHFINDER , VIN: 5N1DR2MN7JC670147.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com
Attorney for Movant