## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
Lemetia Dene Vassar,                                                                                                                                      **CHAPTER 7**
       Debtor                                                                                                                                       **CASE NO.: 26-10443-SDM**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Global Lending Services, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

      1.     Assured Investment Management, LLC (fka Blue Mountain Capital Management, LLC).

                                                Respectfully submitted,

                                                **BENNETT LOTTERHOS SULSER**
                                                **& WILSON, P.A.**

                                                /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com