CM/ECF oiextsty
(Rev. 09/14/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Lemetia Dene Vassar )   Case No.: 26−10443−SDM
       Debtor(s) )   Chapter: 7
 )   Judge: Selene D. Maddox
 )
 )

Re:  *8* − Motion for Relief from Stay ., Motion to Abandon . Filed by Charles F. Barbour on behalf of Global Lending Services LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Barbour, Charles)

(the "Motion")

## ORDER EXTENDING AUTOMATIC STAY

    Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case, the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided by Section 362(e) of the Bankruptcy Code will not hinder, burden, delay or be inconsistent with the proceeding.

    IT IS THEREFORE ORDERED that the automatic stay under 11 U.S.C. Section 362 is hereby extended and is to remain in effect pending entry of an Order resolving the Motion.

Dated: 2/27/26

                                         Selene D. Maddox
                                         Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 26-10443-SDM
Lemetia Dene Vassar  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Feb 27, 2026 | Form ID: oiextsty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lemetia Dene Vassar, 71 Ponderosa Dr, Columbus, MS 39702-7494 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. Barbour | on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com |
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Lemetia Dene Vassar trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4