---

**SO ORDERED,**



*Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Lemetia Dene Vassar,** | **CHAPTER 7** |
| **Debtor** | **CASE NO.: 26-10443-SDM** |

### AGREED ORDER LIFTING AUTOMATIC STAY,
### <u>ABANDONING PROPERTY AND OTHER RELIEF [DKT #8]</u>

**CAME BEFORE THIS COURT** on the motion of Global Lending Services LLC

("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to

11 U.S.C. § 554(b) and for other relief, and the Court, based upon the agreement of the parties, does

hereby find that the parties agree as follows:

1.      Movant holds a claim against Debtor, which is secured by a 2018 NISSAN

PATHFINDER , VIN: 5N1DR2MN7JC670147 ("Property").

2.      The value of the Property is approximately $7,000.00 based on ninety percent of the

NADA retail value.

3.      Debtor owes Movant the total debt of approximately $17,870.94.

4.      Movant has not been provided adequate protection with respect to its claim secured

by the Property.

5.      That good and sufficient cause exists to lift, terminate and annul the automatic stay

of 11 U.S.C. § 362, and for the Property to be abandoned.

6.      On information and belief, Debtor intends to voluntarily surrender the Property.

7.      This Order shall be binding upon Debtor, Debtor's successors and assigns.

8.      Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion is granted as stated herein, that the automatic stay of 11 U.S.C. § 362 against Movant exercising its rights as to its collateral is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

Agreed and Approved by:


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Miranda L. Williford (w/permission CB)
Miranda L. Williford
Bankruptcy Trustee

2

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                    Case No. 26-10443-SDM

Lemetia Dene Vassar                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Lemetia Dene Vassar, 71 Ponderosa Dr, Columbus, MS 39702-7494

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026               Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Charles F. Barbour
    on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com

Miranda L Williford
    tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com

Thomas C. Rollins, Jr.
    on behalf of Debtor Lemetia Dene Vassar trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4