**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lemetia Dene Vassar | Social Security number or ITIN   xxx–xx–8367 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Mississippi | | |
| Case number:   26–10443–SDM | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lemetia Dene Vassar
aka Lemetia D Vassar

6/5/26

**By the court:**   Selene D. Maddox
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

| In re: | Case No. 26-10443-SDM |
|---|---|
| Lemetia Dene Vassar | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lemetia Dene Vassar, 71 Ponderosa Dr, Columbus, MS 39702-7494 |
| 4643047 | + | Baptist Memorial Hospital, PO Box 279, Norcross, GA 30091-0279 |
| 4643051 | + | Columbus orthopedic outpatient, 640 Leigh Drive, Columbus, MS 39705-3014 |
| 4643052 | + | Digestive Health, 207 E. Franklin St, Tupelo, MS 38804-4007 |
| 4643053 | + | Global Lending Serv, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603-0437 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4668667 | + | Email/Text: BNCnotices@dcmservices.com | Jun 05 2026 23:47:00 | BAPTIST MEMORIAL HOSPITAL, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 4643048 | + | EDI: TSYS2 | Jun 06 2026 03:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 4643049 | + | EDI: CAPITALONE.COM | Jun 06 2026 03:44:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4646372 | | EDI: CAPITALONE.COM | Jun 06 2026 03:44:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4643050 | + | Email/Text: mcowart@columbusortho.com | Jun 05 2026 23:47:00 | Columbus Ortho, 640 Leigh Drive, Columbus, MS 39705-3014 |
| 4643054 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 05 2026 23:47:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4644949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 23:57:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4643055 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 23:48:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4643056 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 23:57:45 | Resurgent Acquisitions LLC, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4643057 | + | EDI: SYNC | Jun 06 2026 03:44:00 | Syncb, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 4643058 | + | EDI: SYNC | Jun 06 2026 03:44:00 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4643059 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jun 05 2026 23:48:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0537-1                                    User: autodocke                                    Page 2 of 2

Date Rcvd: Jun 05, 2026                                Form ID: 318                                       Total Noticed: 17

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. Barbour | on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com |
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Lemetia Dene Vassar trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4